IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRETT BOND,** | ) | **CASE NO. 4:10CV3173** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNION PACIFIC RAILROAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On August 27, 2010, Plaintiff filed his Complaint without submitting an application to proceed in forma pauperis or a filing fee. (Filing No. 1.) On September 1, 2010, the court directed Plaintiff to either submit a signed application to proceed in forma pauperis, or pay the $350.00 filing fee, on or before October 1, 2010. (Filing No. 3.) Plaintiff paid the $350.00 filing fee on September 22, 2010. (*See* Docket Sheet.) However, Plaintiff has not completed service of process. (*Id*.)

Federal Rule of Civil Procedure 4 requires service of process to be completed within 120 days after a complaint is filed. Fed. R. Civ. P. 4(m). Plaintiff filed his Complaint on August 27, 2010, and had until December 25, 2010, to complete service of process. He failed to do so. Thus, Plaintiff shall have until April 9, 2011, to show cause for his failure to serve Defendant.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until April 9, 2011, to show cause why this case should not be dismissed for his failure to serve Defendant. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: April 9, 2011: deadline for Plaintiff to show cause why service of process was not completed.

DATED this 10th day of March, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2